## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly Diane Hull a/k/a Kimberly D. Hull a/k/a Kimberly Hull a/k/a Kimberly Bayer a/k/a Kimberly Diane Bayer a/k/a Kimberly D. Bayer<br><br>Debtor(s) | BK NO. 21-02372 MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                      Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
25 May 2022, 15:30:02, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322