IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly Diane Hull a/k/a Kimberly D. Hull a/k/a Kimberly Hull a/k/a Kimberly Diane Bayer a/k/a Kimberly D. Bayer a/k/a Kimberly Bayer<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>5:21-bk-02372-MJC<br><br>CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>  Movant.<br>v.<br><br>Kimberly Diane Hull a/k/a Kimberly D. Hull a/k/a Kimberly Hull a/k/a Kimberly Diane Bayer a/k/a Kimberly D. Bayer a/k/a Kimberly Bayer<br>  Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>  Additional Respondent. | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Lakeview Loan Servicing, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: October 25, 2022 | BY:*/s/ Lorrsine Gazzara Doyle*<br>Christopher A. DeNardo 78447<br>Lorraine Gazzara Doyle  34576<br>LOGS Legal Group LLP<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406<br>(610) 278-6800<br>logsecf@logs.com |

LLG File #: 22-067361

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly Diane Hull a/k/a Kimberly D. Hull a/k/a Kimberly Hull a/k/a Kimberly Diane Bayer a/k/a Kimberly D. Bayer a/k/a Kimberly Bayer<br>　　　Debtor,<br><br>Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>　　　Movant.<br>v.<br><br>Kimberly Diane Hull a/k/a Kimberly D. Hull a/k/a Kimberly Hull a/k/a Kimberly Diane Bayer a/k/a Kimberly D. Bayer a/k/a Kimberly Bayer<br>　　　Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>5:21-bk-02372-MJC<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

　　I, <u>Lorraine Gazzara Doyle</u> , an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>　25th　</u> day of <u>　　　October　　　　</u>, 2022:

Kimberly Diane Hull a/k/a Kimberly D. Hull a/k/a Kimberly Hull a/k/a Kimberly Diane Bayer a/k/a Kimberly D. Bayer a/k/a Kimberly Bayer
101 Rita Dr
Newfoundland, PA 18445

Vincent Rubino, Esquire,
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
VRubino@newmanwilliams.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com