United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02372-MJC |
| Kimberly Diane Hull | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 27, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

**Recip ID**     **Recipient Name and Address**
+    MR PAUL HULL, 101 RITA DR, NEWFOUNDLAND, PA 18445-9622

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com, cistewart@logs.com |
| Christopher A DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com, cistewart@logs.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lorraine Gazzara Doyle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Kimberly Diane Hull
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KIMBERLY DIANE HULL<br>*a/k/a Kimberly D. Hull*<br>*a/k/a Kimberly Hull*<br>*a/k/a Kimberly Diane Bayer*<br>*a/k/a Kimberly D. Bayer*<br>*a/k/a Kimberly Bayer*<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:21-bk-02372-MJC<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |
| NATIONSTAR MORTGAGE LLC AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC<br>    Movant.<br>v.<br><br>KIMBERLY DIANE HULL<br>*a/k/a Kimberly D. Hull*<br>*a/k/a Kimberly Hull*<br>*a/k/a Kimberly Diane Bayer*<br>*a/k/a Kimberly D. Bayer*<br>*a/k/a Kimberly Bayer*<br>    Debtor/Respondent,<br><br>PAUL HULL<br>    (Non-filing Co-Debtor),<br><br>JACK N. ZAHAROPOULOS, Trustee<br>    Additional Respondent. | |

### O R D E R

Upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, or otherwise respond to the Motion, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 101 Rita Dr, Newfoundland, PA 18445.

By the Court,

*[signature]*

Mark J. Conway, Bankruptcy Judge
Dated: December 27, 2022