United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kimberly Diane Hull  
    Debtor

Case No. 21-02372-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Aug 25, 2023     Form ID: ordsmiss     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Diane Hull, 101 Rita Drive, Newfoundland, PA 18445-9622 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5444314 | ++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999 address filed with court:, JEFFERSON CAPITAL, SALUTE GOLD CARD, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 5497608 | + | Lakeview Loan Servicing ,et al, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5497609 | + | Lakeview Loan Servicing ,et al, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Lakeview Loan Servicing ,et al, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |
| 5444321 | + | PAUL HULL, 78 SCHOOLHOUSE ROAD, EAST STROUDSBURG, PA 18302-8874 |
| 5444323 | + | THE BUREAUS, 650 DUNDEE ROAD, SUITE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Aug 25 2023 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5444311 | | EDI: BANKAMER.COM | Aug 25 2023 22:33:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5446462 | | EDI: BANKAMER.COM | Aug 25 2023 22:33:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5444312 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2023 18:34:00 | CITIZENS BANK, 1 CITIZENS DRIVE, RIVERSIDE, RI 02915 |
| 5446903 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2023 18:34:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919-0291 |
| 5444313 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2023 18:42:45 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 5464890 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2023 18:34:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5464889 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2023 18:34:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5444314 | | EDI: JEFFERSONCAP.COM | Aug 25 2023 22:33:00 | JEFFERSON CAPITAL, SALUTE GOLD CARD, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 5444315 | | EDI: JPMORGANCHASE | Aug 25 2023 22:33:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5444316 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2023 18:34:00 | KOHLS, N56 W17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 5444317 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 25 2023 18:34:00 | KOHLS/CAPITAL ONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-5660 |
| 5454262 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2023 18:34:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5444318 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 25 2023 18:34:00 | LAKEVIEW LOAN SERVICING, LLC, PO BOX 37628, PHILADELPHIA, PA 19101-0628 |
| 5444319 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 25 2023 18:34:00 | LOANCARE SERVICING COMPANY, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5453666 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 18:42:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5507077 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2023 18:34:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5444320 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2023 18:34:00 | MIDLAND FUNDING, 350 CAMINO DEL LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5444322 | | EDI: PRA.COM | Aug 25 2023 22:33:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502-4962 |
| 5455285 | | EDI: PRA.COM | Aug 25 2023 22:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5444427 | + | EDI: RMSC.COM | Aug 25 2023 22:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5444323 | + | EDI: Q3GTBI | Aug 25 2023 22:33:00 | THE BUREAUS, 650 DUNDEE ROAD, SUITE 370, NORTHBROOK, IL 60062-2757 |
| 5466296 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 25 2023 18:44:12 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | COMMUNITY LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2023　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com, cistewart@logs.com |
| Christopher A DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com, cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lorraine Gazzara Doyle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ldoyle@logs.com, LOGSECF@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Kimberly Diane Hull lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Kimberly Diane Hull, aka Kimberly Hull, aka Kimberly D. Hull, aka Kimberly Bayer, aka Kimberly D. Bayer, aka Kimberly Diane Bayer, | Chapter | 13 |
| | Case No. | 5:21−bk−02372−MJC |

**Debtor 1**

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: August 25, 2023

ordsmiss (05/18)